UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JAYSON SANTANA,

        Petitioner,  :  12 Civ. 2150 (JSR)

        -v-  :  ORDER

UNITED STATES OF AMERICA,

        Respondent.
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    On February 28, 2013, the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending the denial of petitioner's petition for a writ of error coram nobis filed pursuant to 28 U.S.C. § 1651. Objections to the Report and Recommendation were due on March 15, 2013. By letter from Mr. Santana's counsel dated March 15, 2013 and received by the Court on March 21, 2013, petitioner submitted objections to certain portions of the Report and Recommendation. The Court has reviewed the objections and the underlying record de novo.

    Having done so, the Court finds itself in complete agreement with Magistrate Judge Gorenstein's Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court hereby denies the petition, with prejudice. Clerk to enter judgment.

    SO ORDERED.

                                                                     JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 10, 2013